UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2007 JUN -8 P 2: 21

SIGN_____
BY DEPUTY CLERK

CHRISTOPHER KEITH HANDY

VERSUS                                             CIVIL ACTION

STATE OF LOUISIANA                                 NO. 06-738-A

# RULING
## ON MOTION FOR NEW TRIAL

The court, having carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Christine Noland dated June 8, 2007 (doc. 8), to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's "objection to the ruling and order of dismissal," which shall be treated as a motion for new trial (doc. 6) is hereby **DENIED**.

Baton Rouge, Louisiana, June 8, 2007.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA